# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 14 B 25220 |
| **Linda Graves Jelinek,** | ) | |
| | ) | Hon. Janet S. Baer |
| | ) | |
| | ) | Hearing Date:  March 2, 2017 |
| **Debtor.** | ) | Hearing Time:   9:30 a.m. |
| | ) | |

## NOTICE OF MOTION

To:    **See Attached Service List**

**PLEASE TAKE NOTICE** that on **Thursday, March 2, 2017, at 9:30 a.m.**, we will appear before the Honorable Janet S. Baer or such other Judge as may be presiding in that Judge's stead, in Courtroom 615, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present our **Motion for Entry of Final Decree Closing Chapter 11 Case,** a copy of which is attached hereto and served upon you herewith.

Date:  February 23, 2017                               **LINDA GRAVES JELINEK**

                                                                          By:   _/s/ David P. Leibowitz_____
                                                                                    One of Her Attorneys

David P. Leibowitz (ARDC #1612271)
Lakelaw
53 W. Jackson Blvd., Suite 1610
Chicago, Illinois 60604
847.249.9100

## CERTIFICATE OF SERVICE

    On February 23, 2017, the undersigned certifies that on this date, she caused a copy of the above document to be served upon each person shown on the attached Service List by the methods indicated therein.

                                                                           _/s/ Rachel A. Leibowitz_____
                                                                                    Legal Assistant

1

**Service via U.S. Mail**

Aronowitz & Mecklenberg, LLC
1199 Bannock St.
Denver, CO 80204-2100

CITICARDS CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Section
Oakbrook Terrace, IL 60181-4204

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Florida Power & Light
Attn Bankruptcy Dept
9250 W Flagler St
Miami, FL 33174-3498

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, Illinois 60604-1705

JPMorgan Chase Bank
NA Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

New Mexico Gas Company
PO Box 97500
Albuquerque, NM 87199-7500

Pitkin County Tax Assessor
506 East Main Street
Suite 202
Aspen, Colorado 81611-2903

Ashle Florigano
339 Hondo Seco Road
El Prado, NM 87529

Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Cook County Tax Assessor
118 North Clark Street
Third Floor, Room #320
Chicago, IL 60602-1354

Van Ru
PO Box 1259
Oaks, PA 19456-1259

Law Office of John F. Stimson Ltd
9933 Lawler Suite 312
Skokie, IL 60077-3783

J P Morgan Chase Bank NA
as successor servicer to
FDIC/WAMU etc
Heavner Scott Beyers & Mihlar LLC
PO Box 740
Decatur, IL 62525-0740

JPMorgan Chase Bank, NA
Manley Deas Kochalski LLC
Cari A Kauffman
P.O. Box 165028
Columbus OH 43216-5028

Northshore University Healthsystem
Billing Department
23056 Network Place
Chicago, IL 60673-1230

Rafael Mendoza
1531 Side of 1334 15th Terrace
Miami Beach, FL 33139

Augusto Sanchez
1521 Bay Road Front
Miami Beach, FL 33139-3204

Chase as Servicer for
Unknown mortgagee note holder
3415 Vision Drive
Columbus, OH 43219-6009

Cook Recorder of Deeds
118 N. Clark St., Room 230
Chicago, IL 60602-1387

Emily Triffin
1521 Bay Road Rear
Miami Beach FL 33139-3204

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

JP Morgan Chase Bank
C/O Cari A. Kauffman
PO Box 165028
Columbus, OH 43216-5028

Keynote Consulting
220 W. Campus Drive
Suite 102
Arlington Heights, IL 60004-1498

(p)Pinnacle Management Services
830 Roundabout
Suite B
West Dundee, IL 60118-2116

Sarah Hendershot
2728 Woodbine Ave.
Evanston, IL 60201-1566

Michael S Tobin
Rothman & Tobin PA
11900 Biscayne Blvd
Biscayne Center Ste 740
Miami, Fl 33181-2733

Linda Graves Jelinek
1722 Judson Street
Evanston, IL 60201-4518

Patrick S Layng
Office of the U.S. Trustee,
Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Sarah E. Willms
Manley Deas Kochalski, LLC
251 E. Ohio St.
Suite 850
Indianapolis, IN 46204

**Parties served via electronic notice through CM/ECF:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

M. Gretchen Silver on behalf of
U.S. Trustee Patrick S Layng
ustpregion11.es.ecf@usdoj.gov,
gretchen.silver@usdoj.gov;
denise.delaurent@usdoj.gov;
maria.e.yapan@usdoj.gov

Sarah E Willms on behalf of Creditor
JPMorgan Chase Bank, NA
amps@manleydeas.com

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 14 B 25220 |
| **Linda Graves Jelinek,** | ) | |
| | ) | Hon. Janet S. Baer |
| | ) | |
| | ) | Hearing Date:  March 2, 2017 |
| **Debtor.** | ) | Hearing Time:   9:30 a.m. |
| | ) | |

## MOTION FOR ENTRY OF FINAL DECREE CLOSING CHAPTER 11 CASE

Debtor, Linda Graves Jelinek, by her attorney, David P. Leibowitz, hereby requests entry of a final decree closing this Chapter 11 case pursuant to § 350 of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, and in support thereof, states as follows:

1.      This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. § 1408.

2.      By Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

3.      This is a core proceeding pursuant, *inter alia*, to 28 U.S.C. §157(b)(2)(A) and (O).

4.      Debtor commenced this case by filing her voluntary petition for relief under chapter 11 of the Bankruptcy Code on July 8, 2014 (Petition Date").

5.      On October 19, 2016, Debtor filed her Sixth Amended Plan of Liquidation (the "Plan") and the Amended Disclosure Statement related thereto (the "Disclosure Statement").  A combined hearing concerning the adequacy of the Disclosure Statement and the confirmation of

2

the Plan was held on December 7, 2016. On that date, the Court entered its order confirming the Plan and approving the adequacy of the Disclosure Statement.

6. The confirmed Plan has been substantially consummated in accordance with §1101(2) of the Bankruptcy Code, and the estate has been fully administered. Not only has distribution under the Plan commenced, but all classes of creditors other than Class 2 and Class 3 have been paid in full. Specifically, Class 1 is paid in full, as there are no creditors in that class (claims entitled to priority other than under §507(a)(2), (a)(3), and (a)(8)). Class 4, the general unsecured creditors, were paid in full, with interest, on or about January 25, 2017, shortly after the Effective Date of the Plan. Attached as Exhibit A hereto is an itemization of the payments that were made to Class 4 creditors. The only priority claims were the portions of the tax claims filed by the IRS and the Illinois Department of Revenue entitled to priority under § 507(a)(8), and those claims, totaling $179,977.71, were paid prior to confirmation pursuant to order entered on July 13, 2016.

7. Classes 2 and 3, which are the secured claims held by JPMorgan Chase Bank, N.A. with respect to Debtor's Aspen, Colorado property and her Evanston, Illinois property, respectively, will be paid within one year after confirmation, by the means specified in Article IV of the Plan.

8. All administrative claims, other than the U.S. Trustee's quarterly fee for the current quarter, have been paid in full. All monthly operating reports, through the date of confirmation, have been filed, and the outstanding quarterly fee for the current quarter will be tendered at the time of the hearing on this Motion via cashier's check made payable to the United States Trustee.

9. The order confirming the Plan has become final, and Debtor has assumed the management of the properties dealt with by the Plan. In addition, all motions, contested matters, and other proceedings have concluded.

10. Section 350(a) provides that after an estate is fully administered, the court shall close the case. Pursuant to § 350(b), the case may later be reopened to, *inter alia*, accord relief to the debtor. Inasmuch as Debtor cannot receive her discharge until all payments required by the Plan have been made, Debtor seeks a final decree and case closure pursuant to § 350 without prejudice to her right to subsequently have the case reopened for purposes of entry of discharge.

11. Pursuant to Local Rule 3022-1, notice of this motion has been given to the United States Trustee, all creditors, and those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure. Debtor submits that, in light of the nature of the relief requested, no other or further notice need be given, and Debtor requests that this Court find the notice provided for herein sufficient under the circumstances and waive and dispense with any further notice requirements.

**WHEREFORE**, Debtor respectfully requests entry of a final decree closing this chapter 11 case and granting such other and further relief as the Court deems just.

Date: February 23, 2017          **LINDA GRAVES JELINEK**

                                 By:  */s/ David P. Leibowitz*
                                      One of Her Attorneys

David P. Leibowitz (ARDC #1612271)
Lakelaw
53 W. Jackson Blvd., Suite 1610
Chicago, Illinois 60604
847.249.9100

4