## EXHIBIT A

## GENERAL UNSECURED CLAIMS PAID PURSUANT TO PLAN

| Claim No. | Claimant | Amount Paid to Claimant |
|-----------|----------|--------------------------|
| 1 | The Law Offices of John F. Stimson, Ltd. | $ 4,945.97 |
| 2 | Internal Revenue Service | $ 52,671.78 |
| 3 | New Mexico Gas Company | $ 18.18 |
| 4 | Commonwealth Edison Co. | $ 174.93 |
| 6 | Florida Power & Light | $ 334.80 |
| 7 | Illinois Department of Revenue | $ 2,644.95 |