UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-25220 |
| Linda Graves Jelinek, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE CLOSING CHAPTER 11 CASE

This matter coming to be heard on the motion of Debtor, Linda Graves Jelinek, for entry of a final decree and an order closing this Chapter 11 case; due and proper notice having been given; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this final decree is entered and the chapter 11 case of the above-named Debtor is closed.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 02, 2017

**Prepared by:**

David P. Leibowitz (ARDC # 1612271)
Lakelaw
53 W. Jackson Blvd., Suite 1610
Chicago, IL 60604
847.249.9100